**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date: September 2, 2008

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Suzanne Claar
Probation Officer: Keith Williams

_____

Criminal Case No.   08-cr-00076-REB-2

| UNITED STATES OF AMERICA, | Judith Smith |
| --- | --- |
|  | Robert Brown |
| Plaintiff, |  |
| v. |  |
| EDGAR ADRIAN PEREZ, | John Mosby |
| Defendant. |  |

_____

SENTENCING
_____

**1:34 p.m.     Court in session.**

Defendant present in court in custody.

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P.32, the Probation Department has conducted a presentence investigation and has filed a presentence report.

Counsel for the defendant informs the Court that he has read and discussed the presentence report with the Defendant.

Defendant's counsel made a statement on behalf of the Defendant, offered as to information in mitigation of his punishment and commented on the probation officer's determinations and other matters affecting sentence.

The Defendant is sworn.

1

Statement to the Court by the Defendant.

Statement to the Court by the government.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense for which the Defendant is being sentenced.
2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. §3551.
4. The advisory sentence guidelines.
5. The presentence report.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(1)-(7).
7. The position of the government, the Defendant, and the probation department.

**Defendant entered a guilty plea on to Count One of the Indictment on May 2, 2008.**

Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

**1.** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 **(56)** is **granted**.

**2.** Government's Motion to Dismiss Count Two of the Indictment **(57)** is **granted**. Count Two is **dismissed with prejudice**.

**3.** Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(B) **(58)** is **granted**.

**4.** That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

**5.** That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count One of the Indictment.

**6.** That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this Court that the Defendant, is committed to the custody of the Bureau of Prison to be imprisoned for a term of **47 months**.

**7.** That on release from imprisonment the Defendant shall be placed on

supervised release for a term of **three years**, provided furthermore, that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons Defendant shall report in person to the probation department within the district to which he is released.

**8.** That while on supervised release, the Defendant shall comply with all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. §3583(d) and USSG §5D1.3(a).

**9.** That while on supervised release, the Defendant shall comply with all standard conditions of supervised release in effect throughout this district as imposed by the Court.

**10.** That while on supervised release the Defendant shall comply with the following explicit or special conditions of supervised release:

- the Defendant shall not violate any federal, state or municipal statute, regulation or ordinance in any jurisdiction or place where he may be during the term of his supervised release;

- the Defendant shall not possess illegally any controlled substance;

- the Defendant shall not possess or use any firearm as defined under federal law at 18 U.S.C. § 921, or any destructive device;

- the Defendant shall refrain from the unlawful use of any controlled substance;

- the Defendant shall cooperate in the collection of a sample of his D.N.A.;

- the Defendant shall submit to one drug test within fifteen days from his release from his imprisonment to be arranged, scheduled and coordinated by the probation department;

- the Defendant shall thereafter, undergo at least two periodic tests for the use of controlled substances, as arranged, scheduled and coordinated by the probation department;

- the Defendant shall participate in a program of testing and treatment for drug/alcohol abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation

    department;

-  the Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. the defendant will be required to pay the cost of treatment as directed by the probation officer.

**7.**  That no fine is imposed.

**8.**  That the Defendant shall pay forthwith a special victims' fund assessment of $100.00.

**9.**  Defendant shall make restitution as follows:

 The Defendant shall pay restitution for the benefit of the TCF Bank of Greenwood Village, Colorado, payable in care of the Clerk of the Court in full in the amount of $4,970.55.

 The Arvada Police Department of Arvada, Colorado, within **10 days** of entry of judgment, pay the sum of $4,970..55 to the registry fund of the clerk of this court for payment in satisfaction of restitution.

**9.**  That pre-sentence confinement shall be determined by the Bureau Prisons under 18 U.S.C. § 3585.

**10.**  The Court recommends that the Bureau of Prisons place the Defendant in a facility which will permit him to participate in/and complete the Bureau of Prisons' RDAP program.

Defendant waives formal advisement of right to appeal.

Defendant remanded to the custody of the United States Marshal.

**2:15 p.m.**  Court in recess/hearing concluded.

Total in-court time: 00:41